[This opinion has been published in *Ohio Official Reports* at 176 Ohio St.3d 90.]

THE STATE OF OHIO, APPELLANT, *v.* SHOCKEY, APPELLEE.

[Cite as *State v. Shockey*, 2024-Ohio-5176.]

*Court of appeals' judgment reversed and cause remanded for application of* State
v. Mays.

(No. 2024-0298—Submitted October 22, 2024—Decided October 31, 2024.)

APPEAL from the Court of Appeals for Marion County,

No. 9-23-22, 2024-Ohio-296.

_____

The judgment of the court set forth below was joined by KENNEDY, C.J.,
and FISCHER, DEWINE, and DETERS, JJ. DONNELLY, STEWART, and BRUNNER, JJ.,
dissented and would affirm the court of appeals' judgment for the reasons set forth
in Justice Brunner's dissenting opinion in *Mays*.

{¶ 1} The judgment of the Third District Court of Appeals is reversed, and
the cause is remanded to that court for application of *State v. Mays*, 2024-Ohio-
4616.

_____

Raymond A. Grogan Jr., Marion County Prosecuting Attorney, for
appellant.

Campbell Law, L.L.C., and April F. Campbell, for appellee, Douglas
Shockey.

_____